## S99H0429. FERGUSON v. HALL.
### (512 SE2d 604)
### ORDER OF COURT.

Upon consideration of the Application for Certificate of Probable Cause to appeal the denial of habeas corpus, it is ordered that it be hereby denied.

*All the Justices concur, except Carley and Hines, JJ., who dissent.*

CARLEY, Justice, dissenting.

I dissent from the denial of this habeas corpus matter on the merits because petitioner did not "file a written application for a certificate of probable cause to appeal with the Clerk of the Supreme Court within thirty days of the entry of the order denying him relief," as required by OCGA § 9-14-52 (b). Accordingly, I would dismiss.

I am authorized to state that Justice Hines joins in this dissent.

DECIDED FEBRUARY 5, 1999.

Eugene Ferguson, *pro se.*
*Mark A. Gilbert,* for appellee.